UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**West Palm Beach Division**

**CASE NO. 9:11-cv-80985-CIV-MARRA**

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

vs.

JOSEPH SOROTA, individually and
as an officer, director, shareholder,
and/or principal of J&B Motel Corp.,
and J&B MOTEL CORP., d/b/a
GLASS LOUNGE,

    Defendants.
_____/

## NOTICE OF FILING JOINT STIPULATION OF DISMISSAL

    NOTICE IS GIVEN that Defendants, JOSEPH SOROTA and J&B MOTEL CORP., d/b/a GLASS LOUNGE, by and through their undersigned counsel, hereby file the parties' executed Joint Stipulation of Dismissal pertaining to the above-referenced matter.

    Respectfully submitted,

    **FARMER, JAFFE, WEISSING,**
    **EDWARDS, FISTOS & LEHRMAN, P.L.**

    By: */s/Steven R. Jaffe*
    Steven R. Jaffe FLBN 390770
    425 North Andrews Ave., Suite 2
    Fort Lauderdale, FL 33301
    Tel.: 954-524-2820
    Fax: 954-524-2822
    E-mail: steve@pathtojustice.com

    **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on November 21, 2012.  I also certify that the foregoing document is being served this day on all counsel listed on the attached Service List via transmission of Notice of Electronic Filing generated by the Court's CM/ECF system or in some other manner authorized for counsel or parties who are not registered CM/ECF users.

       By: */s/ Steven R. Jaffe*

## SERVICE LIST

Clayton B. Gordon, Esq.
Hawkins & Gordon, P.L.
399 Tequesta Drive, Suite 101
Tequesta, Florida 33469
E-mail: clay@hglawfl.com

**Attorneys for Plaintiff**

       By: */s/ Steven R. Jaffe*
       Steven R. Jaffe

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
11-cv-80985

------------------------------------x
JOE HAND PROMOTIONS, INC.,
           Plaintiff,

vs.

JOSEPH SOROTA, et al.,

           Defendants.
------------------------------------x

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiff JOE HAND PROMOTIONS, INC. dismisses with prejudice its Lawsuit against JOSEPH SOROTA AND J&B MOTEL, CORP. D/B/A GLASS LOUNGE. The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

This 21st day of August, 2012.

| For the Plaintiff: | For the Defendants: |
|---|---|
| Joe Hand, Jr.<br>Joe Hand Promotions, Inc. | Joseph Sorota<br>J&B Motel, Corp. d/b/a Glass Lounge |
| /s/ Clay Gordon<br>Clay Gordon, Esq.<br>Hawkins & Gordon, P.L.<br>399 Tequesta Drive, Suite 101<br>Tequesta, FL 33469<br>(T) 561-748-5112<br>(F) 561-748-5113<br>clay@hglawfl.com | /s/ Steven Jaffe<br>Steven Jaffe, Esq.<br>Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, PL<br>425 N. Andrews Ave., Suite 2<br>Fort Lauderdale, FL 33301<br>(T) 954-524-2820<br>steve@pathtojustice.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |

1